IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALLEN ROBINSON and<br>SANDRA ROBINSON, | )<br>) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:09CV390 |
| | ) | |
| A.L. WILLIAMS, JR. and<br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, | )<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

For reasons announced in open court on March 29, 2010, **IT IS RECOMMENDED** that the unopposed motion to dismiss filed by Defendant Federal Deposit Insurance Corporation ("FDIC") be granted. (Docket No. 9.) Further, there remaining no federal question, the Court should decline to exercise supplemental jurisdiction and should remand this action to State court, as requested by the parties in open court.

                                                       /s/ P. Trevor Sharp
                                      United States Magistrate Judge

Date: March 31, 2010