IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALLEN ROBINSON and )
SANDRA ROBINSON, )
 )
        Plaintiffs, )
 )
  v. ) 1:09CV390
 )
A.L. WILLIAMS, JR. and )
FEDERAL DEPOSIT INSURANCE )
CORPORATION, )
 )
        Defendants. )

**ORDER OF REMAND**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 31, 2010, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the motion to dismiss (Doc. 9) filed by Defendant Federal Deposit Insurance Corporation ("FDIC") is **GRANTED. IT IS FURTHER ORDERED** that because there remains no federal question, this action is **REMANDED** to Guilford County Superior Court. The Clerk of Court is directed to send a certified copy of this Order to the Guilford County Superior Court Clerk.

                              /s/ Thomas D. Schroeder
                              United States District Judge

May 3, 2010